Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−22329−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Avraham Save
   22 Mountain Way
   West Orange, NJ 07052−3717

Social Security No.:
   xxx−xx−0485

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑  Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐  Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐  Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐  Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐  Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐  Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐  An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: July 10, 2025
JAN: dmc

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Avraham Save  
    Debtor

Case No. 24-22329-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 10, 2025      Form ID: cscnodsc      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Avraham Save, 22 Mountain Way, West Orange, NJ 07052-3717 |
| 520485403 | + | Dept. of Cardiothoracic Surgery, PO Box 8000, Dept. 549, Buffalo, NY 14267-0002 |
| 520485406 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520485421 | + | RWJ Barnabus Health, PO Box 903, Oceanport, NJ 07757-0903 |
| 520485422 | + | St. Barnabus Healthcare, PO Box 29965, New York, NY 10087-9965 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520485405 | ^ | MEBN | Jul 10 2025 20:51:11 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520485407 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 21:01:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520485413 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 21:01:00 | Mr. Cooper, Attn: Bankruptcy, P0 Box 619094, Dallas, TX 75261-9094 |
| 520485410 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 21:01:00 | Mr. Cooper, Attn: Bankruptcy, P0 Box 619098, Dallas, TX 75261-9098 |
| 520485408 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 21:01:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520485412 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 21:01:00 | Mr. Cooper, P0 Box 619094, Dallas, TX 75261-9094 |
| 520485411 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 21:01:00 | Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 520485409 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 21:01:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 520485417 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 21:01:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 520485419 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 21:01:00 | Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 520485415 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 21:01:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |

Case 24-22329-JKS    Doc 17    Filed 07/12/25    Entered 07/13/25 00:14:28    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2025 | Form ID: cscnodsc | Total Noticed: 22 |

| 520485416 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
|---|---|---|---|
| | | Jul 10 2025 21:01:00 | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 520485418 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 10 2025 21:01:00 | Nationstar Mortgage / Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 520512912 | + Email/Text: ecfbnc@aldridgepite.com | | |
| | | Jul 10 2025 21:02:00 | Nationstar Mortgage LLC, c/o Wendy Locke, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520485423 | + Email/Text: ebn@rwjbh.org | | |
| | | Jul 10 2025 21:03:00 | St. Barnabus Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520485404 | * | Dept. of Cardiothoracic Surgery, PO Box 8000 Dept. 549, Buffalo, NY 14267-0002 |
| 520485414 | *+ | Mr. Cooper, Attn: Bankruptcy, P0 Box 619094, Dallas, TX 75261-9094 |
| 520485420 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Herbert B. Raymond | on behalf of Debtor Avraham Save herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4